AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Callstat Solutions LLC<br>*Plaintiff*<br>v.<br>Check Point Software Technologies Inc<br>*Defendant* | )<br>)<br>)  Civil Action No. 3:21-cv-02134-L<br>)<br>)<br>)<br>) |

**Summons in a Civil Action**

**TO:** Check Point Software Technologies Inc

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

  Jay Johnson
  1910 Pacific Avenue, Suite 13000
  Dallas , TX 75201

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/09/2021

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:21-cv-02134-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-02134-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHECK POINT SOFTWARE TECHNOLOGIES INC., was received by me on *(date)* Sep 9, 2021, 10:28 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES , who is designated by law to accept service of process on behalf of *(name of organization)* CORPORATION TRUST COMPANY, THE REGISTERED AGENT FOR CHECK POINT SOFTWARE TECHNOLOGIES INC., on *(date)* Fri, Sep 10 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 09/10/2021

*Server's signature*

RAMONA TALVACCHIO  -  PROCESS SERVER

*Printed name and title*

1201 N ORANGE ST., SUITE 714, WILMINGTON, DE 19801

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 10, 2021, 8:18 am at 251 LITTLE FALLS DR, WILMINGTON, DE 19808 received by CHECK POINT SOFTWARE TECHNOLOGIES INC., BY DELIVERING TO ITS REGISTERED AGENT, CORPORATION TRUST COMPANY, WHERE THE DOCUMENT WAS RECEIVED BY LYNANNE GARES, LITIGATION MANAGEMENT SERVICES LEADER.

DELIVERED TO THE ABOVE NAMED WAS A SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR PATENT INFRINGEMENT WITH EXHIBIT 1 - 2.