IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CALLSTAT SOLUTIONS LLC,** | Case No. 3:21-cv-02134-L |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **CHECK POINT SOFTWARE TECHNOLOGIES INC.,** | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Callstat Solutions, LLC ("Plaintiff" and/or "Callstat") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Check Point Software Technologies, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: September 28, 2021 Respectfully submitted,

/s/ Jay Johnson
**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically on September 28, 2021, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

/s/ Jay Johnson
**JAY JOHNSON**